FILED

19 MAY -7 PM 3:38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JESUS J ALEJANDRE-ROSALES,<br> aka Jesus J. ALEJANDRE-ROSALES,<br> aka Jesus Jafet ALEJANDRE-<br>                         ROSALES,<br><br>            Defendant. | Case No. **19 CR 1602 CAB**<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Sec. 1326(a)<br>and (b) - Attempted Reentry of<br>Removed Alien |

The grand jury charges:

On or about April 12, 2019, within the Southern District of California, defendant JESUS J ALEJANDRE-ROSALES, aka Jesus J. Alejandre-Rosales, aka Jesus Jafet Alejandre-Rosales, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States and his/her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

DTK:cms:San Diego:5/7/19

1  It is further alleged that defendant JESUS J ALEJANDRE-ROSALES aka
2  Jesus J. Alejandre-Rosales, aka Jesus Jafet Alejandre-Rosales was
3  removed from the United States subsequent to August 7, 2006.

4  DATED: May 7, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
DEREK T. KO
Assistant U.S. Attorney