

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19CR1602-CAB |
|---|---|
| Plaintiff, | I N F O R M A T I O N<br>**(SUPERSEDING)** |
| v. | Title 8, U.S.C., Sec.<br>1325(a)(2) - Improper Entry<br>by an Alien (Misdemeanor); |
| JESUS J ALEJANDRE ROSALES,<br>aka Jesus J. ALEJANDRE-ROSALES,<br>aka Jesus Jafet ALEJANDRE-<br>ROSALES, | |
| Defendant. | |

The United States Attorney charges:

On or about April 12, 2019, within the Southern District of California, defendant JESUS J ALEJANDRE ROSALES, aka Jesus J. ALEJANDRE-ROSALES, aka Jesus Jafet ALEJANDRE-ROSALES, being an alien, unlawfully eluded examination and inspection by immigration officers; in violation of Title 8, United States Code, Section 1325 (a)(2), a misdemeanor.

ROBERT S. BREWER, JR.
United States Attorney

OLEKSANDRA Y. JOHNSON
Assistant U.S. Attorney

OYJ:5/28/19